1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8
9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

SREEDHAR GOPALAKRISHNAN an INDIVIDUAL; SUMATHY KRISHNAMURTHY, an INDIVIDUAL;

12
13
14

Plaintiffs,

15
16

v.

17
18

NATIONSTAR MORTGAGE, LLC; A Delaware limited liability company dba MR. Cooper; and DOES 1-50 inclusive herein,

19
20
21

Defendant.

22

Case No. 2:21-CV-01983-JAM-KJN

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL DISCLOSURE AND DISCLOSURE OF REBUTTAL EXPERTS TO JULY 31, 2023**

[*Filed concurrently with Stipulation to Extend Time for Supplemental Disclosure and Disclosure of Rebuttal Experts to July 31, 2023*]

23
24
25
26
27
28

ORDER GRANTING STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Court **GRANTS** the parties' Stipulation (ECF No. 14). The deadline for the parties to submit supplemental disclosure and disclosure of any rebuttal experts is hereby **EXTENDED** from July 14, 2023, to **July 31, 2023**.

All other dates contained in the October 03, 2022, Pretrial Scheduling Order (ECF No. 13) shall remain in effect.  Counsel **SHALL** contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in the Pretrial Scheduling Order and this order.

**IT IS SO ORDERED**

Dated: July 17, 2023            /s/ John A. Mendez
_____
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION