IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREEDHAR GOPALAKRISHNAN, ET AL., | 2:21-CV-01983-JAM-KJN |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

    Plaintiffs Sreedhar Gopalakrishnan and Sumathy Krishnamurthy and defendant Nationstar Mortgage, LLC appeared, through counsel, for an informal telephonic conference regarding discovery on August 25, 2023 before the undersigned.[1]  Attorney Roy J. Jimenez appeared for plaintiffs; attorney Jared D. Bissell appeared for defendant.

    Before the informal telephonic conference, the parties submitted a joint letter summarizing the issues.  (ECF No. 19.)  As identified in the letter and during the conference, the parties seek informal resolution of:  1) plaintiffs' Motion to Quash Deposition Subpoena to Produce Documents to Folsom Cordova Unified School District, ECF No. 16; and 2) plaintiffs' Motion to Quash Subpoena to Produce Documents to Side, Inc. dba Dream Real Estate, ECF No 17.

---

[1] This matter was referred to the undersigned pursuant to Local Rule 302(c)(1).

1

The court issues this discovery order upon consideration of plaintiffs' motions and the parties' arguments in the joint statement and during the informal telephonic conference.

**ORDER**

It is HEREBY ORDERED that:

1. Plaintiffs' Motion to Quash Subpoena to Produce Documents to Folsom Cordova Unified School District is DENIED.

    a. Folsom Cordova Unified School District shall produce documents responsive to the subpoena only to plaintiffs' counsel.

    b. Plaintiffs shall release all documents to defendant, with one exception: plaintiffs may withhold any documents that contain plaintiffs' confidential financial information, such as tax returns or bank records.

    c. If plaintiffs withhold any responsive documents received from the Folsom Cordova Unified School District, plaintiffs must notify defendant by identifying the document and the basis upon which it is being withheld.

    d. Plaintiffs must release the documents to defendant and notify defendant of any withheld information <u>within two days</u> of receiving responsive documents from Folsom Cordova Unified School District.

2. Plaintiffs' Motion to Quash Subpoena to Produce Documents to Side, Inc. (dba Dream Real Estate) is DENIED.

    a. Dream Real Estate shall release documents responsive to the subpoena only to plaintiffs' counsel.

    b. Plaintiffs shall release all documents to defendant, with one exception:  plaintiffs may withhold any documents that contain privileged information related to their child, such as their child's academic, medical records or mental health records.

    c. If plaintiffs withhold documents received from Dream Real Estate, plaintiffs must notify defendant by identifying the document and the basis upon which it is being withheld.

        d.  Plaintiffs must release the responsive documents to defendant and notify defendant of any withheld information <u>within two</u> days of receiving responsive documents from Dream Real Estate.

3. The motion hearing set for September 26, 2023, is vacated.

Dated: August 28, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE