IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREEDHAR GOPALAKRISHNAN, ET AL., | 2:21-CV-01983-JAM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

  Plaintiffs Sreedhar Gopalakrishnan and Sumathy Krishnamurthy and defendant Nationstar Mortgage, LLC appeared, through counsel, for an informal telephonic conference regarding discovery on September 28, 2023, before the undersigned.[1]  Attorney Roy J. Jimenez appeared for plaintiffs; attorney Jared D. Bissell appeared for defendant.

  Before the informal telephonic conference, the parties submitted a joint letter summarizing the issues.  (ECF No. 24.)  The parties seek informal resolution of:  1) plaintiffs' withholding of a "proof of funds" documents; and 2) plaintiffs' failure to produce documents requested in defendant's notices to depose plaintiffs.

  The court issues this discovery order upon consideration of plaintiffs' motions and the parties' arguments in the joint letter and during the informal telephonic conference.

---

[1] This matter was referred to the undersigned pursuant to Local Rule 302(c)(1).

1

**ORDER**

It is HEREBY ORDERED that:

1. Within fourteen days of this order, plaintiffs shall produce the "proof of funds" documents identified in the parties' joint letter, ECF No. 24.

2. Within fourteen days of this order, plaintiffs shall produce documents responsive to the requests made in defendant's notices to depose plaintiffs Sreedhar Gopalakrishnan and Sumathy Krishnamurthy. If plaintiffs have previously produced all the responsive documents in their possession, plaintiffs shall provide defendant with a written attestation to that effect.

Dated: September 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gopa.1983