UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREEDHAR GOPALAKRISHNAN an INDIVIDUAL; SUMATHY KRISHNAMURTHY, an INDIVIDUAL;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; A Delaware limited liability company dba MR. Cooper; and DOES 1-50 inclusive herein,<br><br>Defendant. | Case No. 2:21-cv-01983-JAM-KJN<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

## ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

1. All dispositive motions shall be filed by **January 9, 2024**;
2. Hearing on such motions shall be **March 26, 2024, at 01:30 p.m.**[1];
3. All discovery shall be completed by **November 28, 2023**;
4. Not later than fourteen (14) days prior to the close of discovery, the Parties shall file with the Court a Supplemental Joint Mid-Litigation Statement;
5. The final pretrial conference is set for **April 30, at 10:00 AM**; and
6. That jury trial is set for **June 10, 2024, at 9:00 AM**.

**IT IS SO ORDERED**

Dated: October 02, 2023          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.