# United States District Court
# Eastern District of California

SREEDHAR GOPALAKRISHNAN et al.

Plaintiff(s)

V.

NATIONSTAR MORTGAGE, LLC

Defendant(s)

Case Number: 2:21-CV-01983-JAM-KJN

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
D. Kyle Deak _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Nationstar Mortgage LLC d/b/a/ Mr. Cooper

On _____09/01/2006_____ (date), I was admitted to practice and presently in good standing in the
_____State Court of North Carolina_____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:_____01/26/2024_____        Signature of Applicant: /s/ D. Kyle Deak _____

**Pro Hac Vice Attorney**

Applicant's Name: D. Kyle Deak

Law Firm Name: Troutman Pepper Hamilton Sanders LLP

Address: 305 Church at North Hills Street,  Suite 1200

City: Raleigh          State: NC          Zip: 27609

Phone Number w/Area Code: (919) 835-4100

City and State of Residence: Cary, North Carolina

Primary E-mail Address: kyle.deak@troutman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jared D. Bissell

Law Firm Name: Troutman Pepper Hamilton Sanders LLP

Address: 11682 El Camino Real, Suite 400

City: San Diego          State: CA          Zip: 92103

Phone Number w/Area Code: (858) 509-6000          Bar # 272687

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   February 20, 2024          _/s/ John A. Mendez_

JUDGE, U.S. DISTRICT COURT